Dilks Construction Company, appellee, v. Willoughby Tower Building Corporation, appellant. Gen. No. 35,354.

Opinion filed December 28, 1931.

Chapman & Cutler, for appellant; Charles M. Thomson, of counsel. Tenney, Harding, Sherman & Rogers, for appellee; Roger Sherman and S. Ashley Guthrie, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.